UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| JAMES PAUL ANDREW TORFASON, | No. 15-CV-04728 DMR (NJV) |
| Plaintiff, | ORDER AND WRIT OF HABEAS CORPUS AD TESTIFICANDUM |
| v. | |
| W. LANDRUM, | |
| Defendant. | |

It is hereby ordered that the Clerk of the Court issue a Writ of Habeas Corpus Ad Testificandum for the person of JAMES PAUL ANDREW TORFASON, inmate no. T58904, presently in custody at Mule Creek State Prison, as the presence of said witness will be necessary at proceedings in the above-entitled cause and thereafter as may be required

Dated: October 7, 2016

_____
NANDOR J. VADAS
United States Magistrate Judge

THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO:    Warden, Mule Creek State Prison

<u>GREETINGS</u>

WE COMMAND that you have and produce the body of JAMES PAUL ANDREW TORFASON, inmate no. T58904, in your custody in the hereinabove-mentioned institution, before the United States District Court at Solano State Prison, at 1:00 p.m., on November 10, 2016, in order that said prisoner may then and there participate in the SETTLEMENT CONFERENCE in the matter of Torfason v.

1 Landrum, and at the termination of said hearing return him forthwith to said hereinabove-mentioned
2 institution, or abide by such order of the above-entitled Court as shall thereafter be made concerning the
3 custody of said prisoner, and further to produce said prisoner at all times necessary until the termination
4 of the proceedings for which his testimony is required in this Court;

5 Witness the Honorable Nandor J. Vadas, Magistrate Judge of the United States District Court
6 for the Northern District of California.

Dated: October 7, 2016

SUSAN Y. SONG
CLERK, UNITED STATES DISTRICT COURT

By: Linn Van Meter
    Administrative Law Clerk

Dated:  October 7, 2016   
NANDOR J. VADAS
United States Magistrate Judge



2